UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
PAMELA JACOBS,

                Plaintiff,

                                                JUDGMENT
                                                11-CV-5058 (MKB)

     - against –

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
----------------------------------------------------------- X

       A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on March 31, 2018, granting Defendant's motion for summary judgment; it is

       ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted; and that this case is closed.

Dated: Brooklyn, NY                                     Douglas C. Palmer
       March 31, 2018                                       Clerk of Court

                                                       By:    */s/Jalitza Poveda*
                                                               Deputy Clerk